# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KEVIN GODSEY, | ) |
|          Plaintiff, | ) |
| v. | ) Docket no. 08-cv-410-P-S |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|          Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 10) filed June 29, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

SO ORDERED.

        /s/ George Z. Singal
        United States District Judge

Dated this 23rd day of July, 2009.