UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN GODSEY,                                ) | |
|                **Plaintiff**         ) | |
| v.                                                        ) | Civil No.   08-410-P-S |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security,                              ) | |
|                **Defendant**         ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 18) filed September 28, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees (Docket No. 15) is **GRANTED** in the total amount of $3,251. In addition, it is further **ORDERED** that, pursuant to Plaintiff's assignment of any award of EAJA fees to his attorney, *see* Assignment attached to Motion, said sum shall be paid to Plaintiff's counsel.

                                                                                            /s/ George Z. Singal
                                                                                            United States District Judge

Dated this 19th day of October, 2009.